PROB. 12B
(7/93)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 24 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

# United States District Court

## for the

### DISTRICT OF HAWAII

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  JAMES J. MATEAKI          Case Number:  CR 02-00174HG-05

Name of Sentencing Judicial Officer:    The Honorable Helen Gillmor
                                        Chief U.S. District Judge

Date of Original Sentence: 8/11/2003

Original Offense:   Count 1:  Conspiracy to Distribute and Possess With Intent to Distribute in Excess of 50 Grams of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846, a Class A felony

Original Sentence:  Forty-six (46) months imprisonment and a term of five (5) years supervised release with the following special conditions:  1) That the defendant is prohibited from possessing any illegal or dangerous weapons; and 2) That the defendant provide the Probation Office access to any requested financial information.

Type of Supervision: Supervised Release     Date Supervision Commenced:  4/28/2006

### PETITIONING THE COURT

[✓]   To modify the conditions of supervision as follows:

     Special Condition:   The defendant shall obtain a mental health evaluation and shall follow any recommendations that evaluation makes.

### CAUSE

The offender served imprisonment at the Bureau of Prisons (BOP) in Sheridan, Oregon.  On 11/1/2005, he was transferred to the District of Alaska and placed in a halfway house based on good conduct time.  The offender commenced supervised release on 4/28/2006.

On 5/9/2006, we received a request from the District of Alaska to modify the offender's conditions of supervised release.  According to the letter, the offender participated in the drug abuse treatment program while in the BOP.  The offender

Prob 12B
(7/93)

2

participated in the drug abuse treatment program while in the BOP. The offender maintained excellent group attendance and was punctual. He completed assignments on time, followed through on his commitments, and was cooperative. The offender demonstrated progress toward completion of his behavioral goals. He also abstained from substance use and this was supported by random urine drug testing.

While the offender has shown improvement and has remained substance-free while incarcerated, it has been respectfully recommended by the BOP that the offender undergo a mental health evaluation and follow-up with any recommendations that stem from the evaluation. The proposed special condition serves as intervention into further adjustment in the community. We concur with the recommendation.

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

*for* JOYCE K.F.K. LUM
U.S. Probation Officer

Approved by:

GENE DeMELLO, JR.
Supervising U.S. Probation Officer

Date: 5/18/2006

Prob 12B
(7/93)

3

## THE COURT ORDERS:

[✓]   The Modification of Conditions as Noted Above
[ ]   Other

_____
HELEN GILLMOR
Chief U.S. District Judge

_____5-22-06_____
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF Hawaii

U.S.A. v James J. Mateaki                     Docket No. 1:02CR174-005

I, James J. Mateaki, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

The defendant shall obtain a mental health evaluation and shall follow any recommendations that evaluation makes.

Signed: _____           Date: 05-05-06
        James J. Mateaki
        Probationer or Supervised Releasee

Witness: _____          Date: 5-5-06
        Travis Lyons
        U.S. Probation/Pretrial Services Officer